AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Eagle Crusher Company, Inc., <br> *Plaintiff* <br> v. <br> U.S. Equipment Sales and Rentals, <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 2:25-cv-0042 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Court grants in part Plaintiff's Motion for Default Judgment. Eagle Crusher is granted judgment on Counts I, II, IV-X of the Complaint. The Court awards damages in favor of Eagle Crusher: $208,555.01, plus post-judgment interest at the rate found in 28 U.S.C.§1961; and attorney's fees and costs of $60,532.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date: 08/08/2025

CLERK OF COURT

*Theresa J. B_____*
Signature of Clerk or Deputy Clerk
Judicial Assistant